**Electronically Filed
Supreme Court
SCWC-23-0000573
06-JUL-2026
10:56 AM
Dkt. 34 ODAC**

SCWC-23-0000573

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE
CERTIFICATEHOLDERS CITIGROUP MORTGAGE LOAN TRUST INC.
ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AHL3,
Respondent/Plaintiff/Counterclaim Defendant-Appellee,

vs.

PHYLLIS KEHAULANI DUNCAN CHUN,
Petitioner/Defendant/Counterclaim Plaintiff-Appellant,

and

ARROW FINANCIAL SERVICES, LLC,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000573; CASE NO. 1CC141002192)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, and Ginoza, JJ., and
Circuit Judge Hamman, in place of Eddins, J., recused, and
Circuit Judge Tomasa, assigned by reason of vacancy)

Petitioner Phyllis Kehaulani Duncan Chun's Application
for Writ of Certiorari, filed on May 15, 2026, is hereby rejected.

DATED: Honolulu, Hawaiʻi, July 6, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Lisa M. Ginoza

/s/ Kirstin M. Hamman

/s/ Taryn R. Tomasa

